918

No. 75–1766. FLEISHMAN v. MCFEE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–1808. CALVO v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 75–1831. ROBINSON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1905. MULLENAX v. UNITED STATES; and
No. 75–1910. FORD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1916. BALLARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–6747. FRANKOS v. LAVALLEE, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–6815. BROWN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 75–6829. BRADLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–6870. BRADLEY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 75–6892. DELANEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6902. BOWEN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–6923. MORRIS v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–6932. ZEIDMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.